UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD APPEL,<br><br>    Petitioner,<br><br>-against-<br><br>ROBERT S. WOLF,<br><br>    Respondent,<br><br>CITIBANK N. A.; BMO CAPITAL MARKETS CORP.; KPMG, LLP; J. P. MORGAN CHASE N.A.; J.P. MORGAN SECURITIES LLC; SUN TRUST ROBINSON HUMPHREY, INC.; SUN TRUST BANK; AND MILLENNIUM HEALTH LLC,<br><br>    Nominal Respondents. | Case No. 21 MC _____ (___)<br><br>Associated Case:<br>*Appel v. Wolf*, 18-cv-814-L-BGS<br>(S.D. Cal.)<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF STEVEN BROWER** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Steven Brower hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Petitioner Howard Appel in the above-captioned action.

  An Affidavit of Steven Brower, a Certificate of Good Standing from the state of California, and a Proposed Order on this Motion are filed concurrently.

Dated: June 25, 2021

Respectfully submitted,

/s/ Steven Brower

Steven Brower
Brower Law Group, A.P.C.
23601 Moulton Pkwy, Suite 220
Laguna Hills, CA 92653
Office: 949-668-0825
Direct: 949-328-1548
Steve@BrowerLawGroup.com