UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HOWARD APPEL,

                Petitioner,                  21-mc-500 (PKC)

   -against-                             ORDER

ROBERT S. WOLF,

                Respondent,

CITIBANK N.A.; BMO CAPITAL MARKETS
CORP.; KPMG, LLP; J.P. MORGAN CHASE N.A.;
J.P. MORGAN SECURITIES LLC,

                Nominal
                Respondents.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Rule 45 subpoenas have been issued out of the Southern District of California to financial institutions located in this district. None have filed any objection to the subpoenas in this Court. The plaintiff in Appel v. Wolf, 18-cv-814 (L-BGS), pending before Judge M. James Lorenz and Magistrate Judge Bernard G. Skomal has moved to quash the subpoenas. Because none of the non-party financial institutions have asserted rights in this Court, the only issue at stake on this motion is the proper scope of discovery in the Southern District of California. The Court finds exceptional circumstances justify the transfer of this motion to the Southern District of California.

        The Clerk is directed to transfer the motion to the United States District Court for the Southern District of California.

SO ORDERED.

                                                 P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
        August 11, 2021